AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| David Leon James and his minor children ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.   6:15-cv-2375-GRA |
| Capital Growth Corporation, Carol Dixon ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: Plaintiff's complaint is summarily dismissed without prejudice and without service of process.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable G. Ross Anderson, Jr.

Date:   August 17, 2015                               *CLERK OF COURT*

                                                                                *[signature]*
                                                                _____
                                                                *Signature of Clerk or Deputy Clerk*